TODD A. ROBERTS, ESQ. (SBN 129722)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: troberts@rmkb.com
　　　　　laguiar@rmkb.com

Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, | CASE NO. C11-06628 EJD (HRL) |
| Plaintiff, | **STIPULATION TO BE BOUND BY DECLARATORY JUDGMENT OR OTHER RELIEF** |
| v. | |
| EP&G PROPERTIES, TAD HANNIGAN, MARIA ALMA DOMINGUEZ, and DOES 1 THROUGH 10 | |
| Defendants. | |

**THE AFOREMENTIONED PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Defendant MARIA ALMA DOMINGUEZ stipulates to be bound by the declaratory judgment or other non-money determination in this case and agrees that any final judgment or final determination shall be conclusive as to the issues raised in MARYLAND CASUALTY COMPANY's Complaint.

2. MARYLAND CASUALTY COMPANY agrees to dismiss MARIA ALMA DOMINGUEZ as party defendant, without prejudice, in exchange for a waiver of costs and attorney's fees.

3. MARIA ALMA DOMINGUEZ understands and agrees that she will not be entitled to participate in the action as a party, but understands and agrees that she shall continue to



be obligated to participate as a percipient witness and authorizes her attorney Christopher G. Rudy to receive process and discovery on her behalf.

IT IS SO STIPULATED.

Dated: ~~January~~ Feb. 6, 2012

STENBERG, SUNSERI, ROE, PICKARD & RUDY

By: _____
CHRISTOPHER G. RUDY
Attorneys for Defendant
MARIA DOMINGUEZ

Dated: ~~January~~ Feb. 13, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TODD A. ROBERTS
Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

---

**IT IS SO ORDERED**

The stipulation recited above is GRANTED. The Clerk shall terminate Maria Alma Dominquez as a party to this action.

Dated: February 15, 2012

_____
United States District Judge

---

RCI/6301354.1/RS

- 2 -

STIPULATION TO BE BOUND BY DECLARATORY JUDGMENT OR OTHER RELIEF – Case No C11-00628 IEJD