**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4          SAN JOSE DIVISION

5  MARYLAND CASUALTY COMPANY,          CASE NO. 5:11-cv-06628 EJD

6                                       **ORDER CONTINUING HEARING ON**
                        Plaintiff(s),   **ORDER TO SHOW CAUSE**
7      v.

8  EP&G PROPERTIES, et. al.,

9
                        Defendant(s).
10  _____/

11          Having reviewed the Status Report filed June 25, 2012 (see Docket Item No. 44), the court

12  finds good cause to continue the hearing on the Order to Show Cause ("OSC") issued April 20,

13  2012.  Accordingly, the court resets the OSC hearing for **August 24, 2012, at 9:00 a.m.**  On or

14  before **August 17, 2012**, the parties shall file a joint statement in response to the Order to Show

15  Cause setting forth the status of the settlement as well as the amount of additional time necessary to

16  finalize and file a dismissal.

17          The Order to Show Cause shall be automatically vacated and the parties relieved of the

18  obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

19  Procedure 41(a) is filed on or before August 17, 2012.

20          All other pretrial deadlines, motions and hearing dates are TERMINATED and VACATED,

21  including the motions appearing as Docket Item Nos. 19 and 27.

22          As indicated previously, failure to comply with any part of this Order will be deemed

23  sufficient grounds to dismiss the action.

24  **IT IS SO ORDERED.**

25

26  Dated:  June 25, 2012                              _____
                                                    EDWARD J. DAVILA
27                                                   United States District Judge

28

                                    1