IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>　　　　　Plaintiff(s),<br>　v.<br><br>EP&G PROPERTIES, et. al.,<br><br>　　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 5:11-cv-06628 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the status report filed on November 2, 2012 (see Docket Item No. 48), and good cause appearing therefor, the Order to Show Cause re: Settlement (see Docket Item No. 43) is REISSUED and the hearing thereon CONTINUED to **December 14, 2012, at 9:00 a.m.** The hearing scheduled for November 9, 2012, is VACATED.

On or before **December 7, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before December 7, 2012.

The parties are advised that this is the **final continuance** of this hearing without an appearance. Personal appearance by all counsel is required at the hearing on December 14, 2012.

**IT IS SO ORDERED.**

Dated: November 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
CASE NO. 5:11-cv-06628 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE