1

2

3                    IN THE UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                             SAN JOSE DIVISION

6   MARYLAND CASUALTY COMPANY,          CASE NO. 5:11-cv-06628 EJD

7                                       **ORDER CONTINUING HEARING ON**
                        Plaintiff(s),   **ORDER TO SHOW CAUSE**
8       v.

9   EP&G PROPERTIES, et. al.,

10
                        Defendant(s).
11   _____/

12        Having reviewed the status report filed on November 2, 2012 (see Docket Item No. 48), and

13   good cause appearing therefor, the Order to Show Cause re: Settlement (see Docket Item No. 43) is

14   REISSUED and the hearing thereon CONTINUED to **December 14, 2012, at 9:00 a.m.**  The

15   hearing scheduled for November 9, 2012, is VACATED.

16        On or before **December 7, 2012**, the parties shall file a joint statement in response to the

17   Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional

18   time necessary to finalize and file a dismissal.

19        The Order to Show Cause shall be automatically vacated and the parties relieved of the

20   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

21   Procedure 41(a) is filed on or before December 7, 2012.

22        The parties are advised that this is the **final continuance** of this hearing without an

23   appearance.  Personal appearance by all counsel is required at the hearing on December 14, 2012.

24   **IT IS SO ORDERED.**

25   Dated:  November 6, 2012

26                                          _____
                                            EDWARD J. DAVILA
27                                          United States District Judge

28

United States District Court
For the Northern District of California

CASE NO. 5:11-cv-06628 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE