TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: troberts@rmkb.com
emarinez@rmkb.com

Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EP&G PROPERTIES, et al.,<br><br>Defendants. | CASE NO. C11-06628 EJD<br><br>**VOLUNTARY STIPULATED DISMISSAL PURSUANT TO RULE 41(a)** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Maryland Casualty Company, by and through its counsel, Ropers Majeski Kohn & Bentley, defendant EP&G Properties, by and through its counsel, Adelson, Hess & Kelly and defendant Tad Hannigan by and through his counsel, Cartwright, Scruggs, Fulton & Walther, stipulate and agree that the above entitled action is dismissed with prejudice.
The Clerk shall close this file.

Dated: December 7, 2012    ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Enrique Marinez
TODD A. ROBERTS
ENRIQUE MARINEZ
Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

///

///

RC1/6728054.1/LD

VOLUNTARY STIPULATED DISMISSAL
PURSUANT TO RULE 41(A)
C11-06628 EJD

| | | |
|---|---|---|
| 1 | Dated: December 7, 2012 | ADLESON, HESS & KELLY, APC |
| 2 | | |
| 3 | | By: /s/ Randy M. Hess |
| 4 | | RANDY M. HESS<br>Attorneys for Defendant |
| 5 | | EP&G PROPERTIES |
| 6 | | |
| 7 | Dated: December 7, 2012 | CARTWRIGHT, SCRUGGS, FULTON & WALTHER |
| 8 | | |
| 9 | | By: /s/ G. Dana Scruggs |
| 10 | | G. DANA SCRUGGS<br>Attorneys for Defendant |
| 11 | | TAD HANNIGAN |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/6728054.1/LD — - 2 - — VOLUNTARY STIPULATED DISMISSAL PURSUANT TO RULE 41(A)
C11-06628 EJD