TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	troberts@rmkb.com
	emarinez@rmkb.com

Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EP&G PROPERTIES, et al.,<br><br>Defendants. | CASE NO.  C11-06628 EJD<br><br>**VOLUNTARY STIPULATED DISMISSAL PURSUANT TO RULE 41(a)** |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Maryland Casualty Company, by and through its counsel, Ropers Majeski Kohn & Bentley, defendant EP&G Properties, by and through its counsel, Adelson, Hess & Kelly and defendant Tad Hannigan by and through his counsel, Cartwright, Scruggs, Fulton & Walther, stipulate and agree that the above entitled action is dismissed with prejudice.
The Clerk shall close this file.

Dated: December 7, 2012                 ROPERS, MAJESKI, KOHN & BENTLEY


By:  /s/ Enrique Marinez
    TODD A. ROBERTS
    ENRIQUE MARINEZ
    Attorneys for Plaintiff
    MARYLAND CASUALTY COMPANY

///

///

Dated: December 7, 2012                     ADLESON, HESS & KELLY, APC


                                            By: /s/ Randy M. Hess
                                                RANDY M. HESS
                                                Attorneys for Defendant
                                                EP&G PROPERTIES


Dated: December 7, 2012                     CARTWRIGHT, SCRUGGS, FULTON & WALTHER


                                            By: /s/ G. Dana Scruggs
                                                G. DANA SCRUGGS
                                                Attorneys for Defendant
                                                TAD HANNIGAN

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/6728054.1/LD                - 2 -        VOLUNTARY STIPULATED DISMISSAL
                                             PURSUANT TO RULE 41(A)
                                             C11-06628 EJD